THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Dennis L.
 Smalls, Jr., Appellant.
 
 
 

Appeal From Berkeley County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No.2008-UP-219
 Submitted April 1, 2008- Filed April 7,
 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Attorney General
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Dennis L. Smalls, Jr., appeals his guilty plea to second-degree criminal
 sexual conduct with a minor.  On appeal, Smalls maintains his guilty plea was
 not knowingly and intelligently entered.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Smalls appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON, SHORT, and THOMAS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.